## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08CV3787**
**JUDGE GOTTSCHALL**
**MAG. JUDGE COLE**

In the Matter of

NOMANBHOY FAMILY LIMITED PARTNERSHIP, Plaintiff
v. McDONALD'S CORPORATION; McDONALD'S USA, LLC; RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

NOMANBHOY FAMILY LIMITED PARTNERSHIP, Plaintiff



FILED
JUL 2 2008
JUL - 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| Stuart M. Widman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ |

| FIRM |
| --- |
| Miller Shakman & Beem LLP |

| STREET ADDRESS |
| --- |
| 180 North LaSalle Street, Suite 3600 |

| CITY/STATE/ZIP |
| --- |
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3010104 | 312-263-3700 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ |