## United States District Court for the Northern District of Illinois

Case Number: 08CV3787          Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL        Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*   ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP       ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                 Receipt #: 4624005244

Date Payment Rec'd: 07/02/08        Fiscal Clerk: DAJ

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

  4   Original and   4   copies on  07/02/08   as to  DEF'S. _____
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05