IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Case No. 1:08-cv-03787 |
| McDONALD'S CORPORATION, McDONALD'S USA, LLC, RICK LEVIN & ASSOCIATES, INC., AND RICK LEVIN., | ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS McDONALD'S CORPORATION AND McDONALD'S USA, LLC'S CORPORATE DISCLOSURE STATEMENT**

Defendants' McDonald's Corporation and McDonald's USA LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, respectfully submit their corporate disclosure statements, as follows:

1. McDonald's Corporation does not have a parent corporation and no publicly held entity owns more than 5% of its stock.

2. McDonald's USA, LLC is a wholly-owned subsidiary of McDonald's Corporation.

Dated: July 22, 2008

Karina H. DeHayes
Brian C. Haussmann
TABET DIVITO & ROTHSTEIN LLC
209 S. La Salle St., 7th Floor
Chicago, IL  60604
Tel: (312) 762-9450
Fax: (312) 762-9451

Respectfully Submitted,
McDONALD'S CORPORATION;
McDONALD'S USA, LLC.

By:   /s/ Karina H. DeHayes
        One of Its Attorneys

1

**CERTIFICATE OF SERVICE OF DOCUMENT BY ELECTRONIC MEANS**

   I, Brian C. Haussmann, an attorney for McDonald's Corporation and McDonald's USA, LLC, certify that I served the above instrument upon all parties and counsel of record listed on the Service List set forth below by electronic mail and through the CM/ECF Document Filing System on this 22nd day of July, 2008.

                /s/ Brian C. Haussmann
                Brian C. Haussmann
                TABET DIVITO & ROTHSTEIN LLC
                209 S. La Salle St., 7th Floor
                Chicago, IL 60604
                Tel: (312) 762-9450
                Fax: (312) 762-9451
                Firm No. 38234

**Service List**

Attorney for Plaintiffs

Stuart M. Widman
Miller, Shakman & Beem, LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60661
(312) 759-7242
Email: swidman@millershakman.com