IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 CV 3787 |
| McDONALD'S CORPORATION, McDONALD'S USA, LLC, RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, | ) ) ) ) ) | Honorable Joan B. Gottschall Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    Karina H. DeHayes                      R. Michael McCann
          Brian C. Haussmann                Williams Montgomery & John, Ltd.
          Tabet DiVito & Rothstein, LLC     20 North Wacker Drive, Suite 2100
          209 S. LaSalle Street, 7th Floor      Chicago, Illinois 60606
          Chicago, Illinois 60604

      **PLEASE TAKE NOTICE** that on July 23, 2008, we filed, pursuant to Fed. R. Civ. P. 15(a)(1) Plaintiff's First Amended Complaint for Specific Performance, Injunction, and Damages, amending Paragraph 2 to identify the member and citizenship of the member of Nomanbhoy Enterprises, LLC, a limited liability corporation. A copy of the First Amended Complaint is served herewith.

                                                        NOMANBHOY FAMILY LIMITED PARTNERSHIP,
                                                        Plaintiff


                                                        By      s/ Stuart M. Widman
                                                                 One Of Its Attorneys

Stuart M. Widman
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
312-263-3700
Attorney No. 3010104

**CERTIFICATE OF SERVICE**

I, Stuart M. Widman, certify that I caused a true and correct copy of Plaintiff's First Amended Complaint for Specific Performance, Injunction, and Damages, to be served on July 23, 2008 as follows:

- via the CM/ECF Document Filing System upon:

    Karina H. DeHayes
    Brian C. Haussmann
    Tabet DiVito & Rothstein, LLC
    209 S. LaSalle Street, 7th Floor
    Chicago, Illinois 60604

and

- via messenger from the location at 180 North LaSalle Street, Chicago, Illinois, upon:

    R. Michael McCann
    Williams Montgomery & John, Ltd.
    20 North Wacker Drive, Suite 2100
    Chicago, Illinois 60606
        Counsel for Rick Levin and
        Rick Levin & Associates, Inc.

                                                                             s/ Stuart M. Widman
                                                                             Stuart M. Widman