IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 CV 3787 |
| McDONALD'S CORPORATION, McDONALD'S USA, LLC, RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, | ) ) ) ) ) ) | Honorable Joan B. Gottschall Magistrate Judge Cole |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Karina H. DeHayes                R. Michael McCann
     Brian C. Haussmann                Williams Montgomery & John, Ltd.
     Tabet DiVito & Rothstein, LLC     20 North Wacker Drive, Suite 2100
     209 S. LaSalle Street, 7th Floor  Chicago, Illinois 60606
     Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on July 31, 2008, at 9:30 a.m., or at such other time that the Court sets, we will appear before the Honorable Joan B. Gottschall, United States District Judge, Room 2325, of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, 60604, and move the Court for a Preliminary Injunction or, Alternatively, a Temporary Restraining Order enjoining Defendants McDonald's Corporation and McDonald's USA, LLC or their nominees from selling, conveying, transferring, hypothecating, or otherwise diluting Plaintiff's potential title and ownership in and to, the five parcels of real estate that are the subject of this litigation. Our request is set forth in the Motion For Preliminary Injunction Or, Alternatively, Temporary Restraining Order, as supported by the Affidavit of Shabbir T. Nomanbhoy and Memorandum of Law In Support, copies of which are served upon you.

                                    NOMANBHOY FAMILY LIMITED PARTNERSHIP,
                                    Plaintiff


                                    By      s/ Stuart M. Widman
                                            One Of Its Attorneys

Stuart M. Widman
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois   60601
312-263-3700
Attorney No. 3010104

**CERTIFICATE OF SERVICE**

I, Stuart M. Widman, certify that I caused true and correct copies of Plaintiff's **Motion For Preliminary Injunction Or, Alternatively, Temporary Restraining Order**, as supported by the **Affidavit of Shabbir T. Nomanbhoy** and **Memorandum of Law In Support**, to be served on July 28, 2008 as follows:

- via the CM/ECF Document Filing System upon:

    Karina H. DeHayes
    Brian C. Haussmann
    Tabet DiVito & Rothstein, LLC
    209 S. LaSalle Street, 7th Floor
    Chicago, Illinois 60604

and

- via messenger prior to 4:30 p.m. on Monday, July 28, 2008, from the location at 180 North LaSalle Street, Chicago, Illinois, upon:

    R. Michael McCann
    Williams Montgomery & John, Ltd.
    20 North Wacker Drive, Suite 2100
    Chicago, Illinois 60606
        Counsel for Rick Levin and
        Rick Levin & Associates, Inc.


                                            s/ Stuart M. Widman
                                            Stuart M. Widman