IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 3787 |
| v. | ) ) ) | Hon. Joan B. Gotschall Mag. Judge Jeffrey Cole |
| McDONALD'S CORPORATION, McDONALD's USA, LLC, RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Stuart M. Widman
     Miller Shakman & Beem LLP
     180 North LaSalle Street, Suite 3600
     Chicago, Illinois 60601
     (312) 263-3700

   PLEASE TAKE NOTICE that on Tuesday, July 29, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, **McDonald's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint for Specific Performance, Injunction and Damages**, a copy of which is hereby served upon you.

Dated: July 29, 2008                   Respectfully submitted,

                                       McDONALD'S CORPORATION and McDONALD'S
                                       USA, LLC

                                       By:    s/ Karina H. DeHayes
                                              One of Their Attorneys

Karina H. DeHayes
Brian C. Haussmann
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Tel: (312) 762-9450

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on July 29, 2008, she caused a true and correct copy of the foregoing **Notice of Filing** and **McDonald's Answer and Affirmative Defenses to Plaintiff's First Amended Complaint for Specific Performance, Injunction and Damages** to be served electronically upon the party listed below.

                                                s/ Karina H. DeHayes

Stuart M. Widman
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
E-mail:  SWidman@millershakman.com
Service by Cm/ECF System