# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3787 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Nomanbhoy Family Ltd. Partnership v. McDonald's Corp. et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held 07/30/2008. Defendants McDonald's Corp. et al. ("McDonald's") will file a representation with the court by 9:00 a.m. 08/01/2008 confirming extension of the closing dates on the subject properties, as well as the schedule by which it will submit any memoranda of law and additional factual information in opposition to Plaintiff's motion for a preliminary injunction [12]. McDonald's is required to file these materials with the court no later than 3 business days prior to the earliest rescheduled date of closing.

Docketing to mail notices.

0:30

| | Courtroom Deputy Initials: | RJ/JGN |
|---|---|---|