U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                  Case Number: 08 C 3787

Nomanbhoy Family Limited Partnership, Plaintiff,
v.
McDonald's Corporation; McDonald's USA, LLC; Rick Levin
& Associates, Inc. and Rick Levin, Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Rick Levin & Associates, Inc. and Rick Levin

| | |
|---|---|
| NAME (Type or print) <br> Thomas F. Falkenberg | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Thomas F. Falkenberg | |
| FIRM <br> Williams Montgomery & John Ltd. | |
| STREET ADDRESS <br> 20 North Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6205289 | TELEPHONE NUMBER <br> 312/443-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |