IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP,<br><br>      Plaintiff,<br><br>v.<br><br>McDONALD'S CORPORATION;<br>McDONALD'S USA, LLC;<br>RICK LEVIN & ASSOCIATES, INC.,<br>and RICK LEVIN,<br><br>      Defendants. | )<br>)<br>)<br>)  NO: 08 C 3787<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:   Stuart M. Widman, Esq.            Karina H. DeHayes, Esq.
       Miller Shakman & Beem LLP       Brian C. Haussmann
       180 North LaSalle Street            Tabet DiVito & Rothstein, LLC
       Suite 3600                            209 South LaSalle Street – 7th Flr.
       Chicago, IL 60601                  Chicago, IL 60604

     **PLEASE TAKE NOTICE** that on July 30, 2008, we electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, in the Dirksen Federal Building at 219 South Dearborn Street, Chicago, Illinois:

     **Appearance of Thomas F. Falkenberg of Williams Montgomery & John Ltd. on behalf of Defendants Rick Levin & Associates, Inc. and Rick Levin,**

in connection with the above-entitled cause, a copy of which is served on all counsel of record.

                                                      WILLIAMS MONTGOMERY & JOHN LTD.

                                                      By:   */s/Thomas F. Falkenberg*
                                                                 THOMAS F. FALKENBERG

Thomas F. Falkenberg
Michael R. McCann
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Certain Defendants
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

## AFFIDAVIT OF SERVICE BY MAIL

I, Thomas F. Falkenberg, hereby certify that on July 30, 2008, I electronically filed Third-Party Defendants Appearances with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

By:   /s/Thomas F. Falkenberg
   THOMAS F. FALKENBERG

Document #: 781636