# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3787 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Nomanbhoy Family Ltd. Partnership v. McDonald's Corp. et al. | | |

**DOCKET ENTRY TEXT**

This entry corrects the court's previous order [17]. Defendants McDonald's Corp. et al. ("McDonald's") will file a representation with the court by 9:00 a.m. 08/04/2008 confirming extension of the closing dates on the subject properties, as well as the schedule by which it will submit any memoranda of law and additional factual information in opposition to Plaintiff's motion for a preliminary injunction [12]. The prior deadline of 08/01/2008 is stricken. Status reset for 08/13/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ/JGN |
|---|---|---|