# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3787 | **DATE** | 8/4/2008 |
| **CASE TITLE** | Nomanbhoy Family Limited Partnership vs. McDonald's Corporation, et al | | |

**DOCKET ENTRY TEXT**

Enter Temporary Restraining Order. Defendants McDonald's Corporation, McDonald's USA, LLC, are temporarily enjoined and barred from selling, transferring, conveying, hypothecating, or in any way diluting title in and to, the property located at 5377 Broadway, Merrillville, Indiana, pending further order of this court. The $210,000.00 earnest money deposit now held by escrowee Rick Levin & Associates, Inc. shall stand as the Rule 65(c) security, subject to further order of court. This order shall remain in effect until 8/14/2008 and this matter is set for further status on 8/13/2008 at 9:30AM.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG -5 AM 7:49
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | RJ |
|---|---|---|