

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, <br><br> Plaintiff, <br><br> v. <br><br> McDONALD'S CORPORATION, McDONALD'S USA, LLC, RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, <br><br> Defendants. | No. 08 CV 3787 <br><br> Honorable Joan B. Gottschall <br> Magistrate Judge Cole |

## TEMPORARY RESTRAINING ORDER

This matter came before this Court for hearing on July 30, 2008 on Plaintiff Nomanbhoy Family Limited Partnership's Motion For Preliminary Injunction Or, Alternatively, For Temporary Restraining Order, the Court having considered the parties' submissions and arguments of counsel, and otherwise being advised;

THE COURT FINDS AS FOLLOWS:

1. The Nomanbhoy Family Limited Partnership ("NFLP") has a strong likelihood of success on the merits because the evidence indicates that there was a meeting of the minds of the parties on June 18, 2008, and that a contract was formed whereby NFLP was to purchase and McDonald's Corporation, McDonald's USA, LLC or their nominees ("McDonald's") were to sell five parcels of real estate located at 5057 Wentworth, Chicago, Illinois; 10245 Roosevelt Road, Westchester, Illinois; 130 South Virginia Street, Crystal Lake, Illinois; 6574 North 76th Street, Milwaukee, Wisconsin; and 5377 Broadway, Merrillville, Indiana (the "Five Subject Properties"). NFLP also provided consideration by timely making its earnest money deposit to the escrowee on

June 19, 2008.

2. McDonald's has represented to the Court that the closing dates of the sales by McDonald's of four of the Five Subject Properties have been extended to October 6, 2008. Only the property located at 5377 Broadway, Merrillville, Indiana (the "Indiana Property") is still scheduled to close on August 5, 2008.

3. NFLP will suffer irreparable harm if an injunction is not entered and McDonald's sells or conveys the Indiana Property to another purchaser. The sale to another purchaser may put the Indiana Property beyond the reach of NFLP and this Court.

4. NFLP has no adequate remedy at law. The Indiana Property is a unique parcel for which NFLP has development plans, and the sale of the Indiana Property to another buyer will substantially impair NFLP's property interests.

5. The balance of the equities weigh in NFLP's favor. NFLP may be fully deprived of the unique real estate and its development opportunities if an injunction is not granted, whereas McDonald's may only have its sale delayed if the injunction is granted. The injunction maintains the status quo pending final resolution of the merits or further order of this Court.

6. An injunction will not affect or impair any public rights, as the transaction here is solely between private parties.

ACCORDINGLY, THE COURT ORDERS AS FOLLOWS:

1. Defendants McDonald's Corporation, McDonald's USA, LLC, and their officers, agents, employees and nominees are temporarily enjoined and barred from selling, transferring, conveying, hypothecating, or in any way diluting title in and to, the property located at 5377 Broadway, Merrillville, Indiana, pending further order of this Court;

2. The $210,000 earnest money deposit now held by escrowee Rick Levin & Associates, Inc. shall stand as the Rule 65(c) security, subject to further order of Court;

3. This Order shall remain in effect until August 14, 2008; and

4. This matter is set for further status on August 13, 2008 at 9:30 a.m.

_____
Honorable Joan B. Gottschall

Entered this 4th day of August, 2008.