IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  08 CV 3787 |
| McDONALD'S CORPORATION, McDONALD'S USA, LLC, RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, | ) ) ) ) ) | Honorable Joan B. Gottschall Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    Karina H. DeHayes                         R. Michael McCann
       Brian C. Haussmann                        Thomas F. Falkenberg
       Tabet DiVito & Rothstein, LLC             Williams Montgomery & John, Ltd.
       209 S. LaSalle Street, 7th Floor          20 North Wacker Drive, Suite 2100
       Chicago, Illinois 60604                   Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on August 14, 2008, we filed Plaintiff's Reply Memorandum of Law in Support of Preliminary Injunction or, Alternatively, Extension of Temporary Restraining Order on Indiana Property, a copy of which is served herewith.

                                        NOMANBHOY FAMILY LIMITED PARTNERSHIP,
                                        Plaintiff


                                        By      s/ Stuart M. Widman
                                                One Of Its Attorneys

Stuart M. Widman
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois   60601
312-263-3700
Attorney No. 3010104

**CERTIFICATE OF SERVICE**

  I, Stuart M. Widman, certify that I caused a true and correct copy of Plaintiff's Reply Memorandum of Law in Support of Preliminary Injunction or, Alternatively, Extension of Temporary Restraining Order on Indiana Property, to be served on August 14, 2008 as follows:

- via the CM/ECF Document Filing System upon:

  Karina H. DeHayes
  Brian C. Haussmann
  Tabet DiVito & Rothstein, LLC
  209 S. LaSalle Street, 7th Floor
  Chicago, Illinois 60604
    Counsel for McDonald's Corp.
    and McDonald's USA, LLC

  R. Michael McCann
  Thomas F. Falkenberg
  Williams Montgomery & John, Ltd.
  20 North Wacker Drive, Suite 2100
  Chicago, Illinois 60606
    Counsel for Rick Levin and
    Rick Levin & Associates, Inc.

                s/ Stuart M. Widman
                 Stuart M. Widman