IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 3787 |
| v. | ) ) | Hon. Joan B. Gottschall |
| | ) | Mag. Judge Jeffrey Cole |
| McDONALD's CORPORATION, McDONALD's USA, LLC, RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  See Attached Service List

PLEASE TAKE NOTICE that on Thursday, September 4, 2008, at 9:30 a.m., we will appear before the Honorable Judge Joan B. Gottschall of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, Room 2325, or such other judge as may be sitting in her stead, and then and there present **McDonald's Motion for Leave to File** *Instanter* **A Sur-Reply to Plaintiff's Reply Brief in Support of Its Motion for a Preliminary Injunction**, a copy of which is hereby served upon you.

Dated: August 14, 2008

Respectfully submitted,

McDONALD'S CORPORATION and
McDONALD'S USA, LLC

By:    s/ Karina H. DeHayes
        One of Their Attorneys

Karina H. DeHayes
Brian C. Haussmann
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, IL  60604
Tel:  (312) 762-9450

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2008, she caused a true and correct copy of the foregoing **Notice of Motion** and **McDonald's Motion for Leave to File *Instanter* A Sur-Reply to Plaintiff's Reply Brief in Support of Its Motion for a Preliminary Injunction** to be served electronically upon the parties listed below.

s/ Karina H. DeHayes

Stuart M. Widman
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
E-mail:  SWidman@millershakman.com
Service by Cm/ECF System

R. Michael McCann
Williams, Montgomery & John, Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-8851
E-mail:  rmm@willmont.com
Service by Cm/ECF System