## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3787 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Nomanbhoy Family Limited vs. McDonald's Corporation | | |

**DOCKET ENTRY TEXT**

Status hearing held. Oral motion by Plaintiff's counsel to extend temporary restraining order with respect to Indiana property is taken under advisement. Reply in support is due by 8/22/2008. Ruling by mail.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | RJ |
|---|---|---|