## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3787 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Nomanbhoy Family Ltd. P'ship v. McDonald's Corp. et al. | | |

**DOCKET ENTRY TEXT**

For the reasons set forth in the accompanying order, plaintiff Nomanbhoy Family Limited Partnership's ("Nomanbhoy") motion for extension of the temporary restraining order [12] is granted; the temporary restraining order will expire on 8/25/2008. The court further orders that the earnest money in the amount of $210,000 paid by Nomanbhoy to defendants McDonald's Corporation et al. be posted with the court registry as a bond. The case is referred to Magistrate Judge Cole for a report and recommendation on Nomanbhoy's motion for a preliminary injunction.

■ For further details see separate order

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ/JGN |
|---|---|---|