

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:   Brian C. Haussmann

FIRM:   Tabet DiVito & Rothstein LLC

STREET ADDRESS:   209 S. LaSalle Street, 7th Floor

CITY/STATE/ZIP:   Chicago, Illinois, 60604

PHONE NUMBER:   (312) 762-9450

E-MAIL ADDRESS:   bhaussmann@tdrlawfirm.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6283054

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:08-cv-3787 | Nomanbhoy Family Limited Partnership v. McDonald's Corporation, et al. | Hon. Joan B. Gottschall |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s Brian C. Haussmann                                           August 21, 2008
_____   _____
Attorney's Signature                                                      Date