IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08 CV 3787 |
| v. | ) ) ) | Hon. Joan B. Gottschall Mag. Judge Jeffrey Cole |
| McDONALD's CORPORATION, McDONALD's USA, LLC, RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, | ) ) ) ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF MOTION and NOTICE OF MOTION**

To:  See Attached Service List

PLEASE TAKE NOTICE that on Monday, September 8, 2008, at 8:30 a.m., we will appear before Magistrate Judge Jeffrey Cole of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, Room 1838, or such other judge as may be sitting in his stead, and then and there present:

- **McDonald's Motion for Leave to File *Instanter* Sur-Reply to Plaintiff's Reply Brief in Support of Its Motion for a Preliminary Injunction,** a copy of which was previously served upon you**;** and

- **McDonald's Motion for Leave to File *Instanter* Supplemental Brief In Response to the Court's August 15, 2008 Order,** a copy of which is hereby served upon you**.**

Dated: August 27, 2008           Respectfully submitted,

                                 McDONALD'S CORPORATION and
                                 McDONALD'S USA, LLC

                                 By:    s/ Karina H. DeHayes
                                        One of Their Attorneys

Karina H. DeHayes
Brian C. Haussmann
TABET DIVITO & ROTHSTEIN LLC
209 S. LaSalle St., 7th Floor
Chicago, IL  60604

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 27, 2008, she caused a true and correct copy of the foregoing **Amended Notice of Motion** and **Notice of Motion** and **McDonald's Motion for Leave to File *Instanter* Supplemental Brief In Response to the Court's August 15, 2008 Order** to be served electronically upon the parties listed below.

s/ Karina H. DeHayes

Stuart M. Widman
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
E-mail: SWidman@millershakman.com
Service by Cm/ECF System

Thomas Falkenberg
R. Michael McCann
Williams, Montgomery & John, Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-8851
E-mail: rmm@willmont.com
Service by Cm/ECF System