27918.00BU00 Document #: 784317 #412

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | )<br>)<br>) |
| Plaintiff, | ) NO: 08 C 3787 |
| v. | )<br>) |
| McDONALD'S CORPORATION;<br>McDONALD'S USA, LLC;<br>RICK LEVIN & ASSOCIATES, INC.,<br>and RICK LEVIN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF MOTION

To: Stuart M. Widman, Esq.        Karina H. DeHayes, Esq.
    Miller Shakman & Beem LLP     Brian C. Haussmann
    180 North LaSalle Street      Tabet DiVito & Rothstein, LLC
    Suite 3600                    209 South LaSalle Street – 7th Flr.
    Chicago, IL 60601             Chicago, IL 60604

**PLEASE TAKE NOTICE** that on **September 10, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Jeffrey Cole or before any judge sitting in his stead, in Courtroom 1838, in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, to present for hearing the **Motion to Dismiss of Defendants Rick Levin & Associates, Inc. and Rick Levin,** a copy of which is attached and hereby served upon you.

WILLIAMS MONTGOMERY & JOHN LTD

/s/ R. Michael McCann

Attorneys for Rick Levin & Associates, Inc. and Rick Levin
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3212
Facsimile: (312) 630-8512
rmm@willmont.com

## CERTIFICATE OF SERVICE

I, R. Michael McCann, hereby certify that on August 29, 2008, I electronically filed the **Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

/s/   R. Michael McCann