27918.00BU00 Document #: 784317                                                                                              #412

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) ) ) | |
| Plaintiff, | ) ) | NO: 08 C 3787 |
| v. | ) ) | |
| McDONALD'S CORPORATION; McDONALD'S USA, LLC; RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, | ) ) ) ) ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF MOTION

To:   Stuart M. Widman, Esq.                    Karina H. DeHayes, Esq.
      Miller Shakman & Beem LLP                 Brian C. Haussmann
      180 North LaSalle Street                  Tabet DiVito & Rothstein, LLC
      Suite 3600                                209 South LaSalle Street – 7th Flr.
      Chicago, IL  60601                        Chicago, IL  60604

**PLEASE TAKE NOTICE** that on **September 10, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Judge Joan Gottschall** or before any judge sitting in her stead, in **Courtroom 2325**, in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, to present for hearing the **Motion to Dismiss of Defendants Rick Levin & Associates, Inc. and Rick Levin,** a copy of which is attached and hereby served upon you.

WILLIAMS MONTGOMERY & JOHN LTD

_/s/_ R. Michael McCann

Attorneys for Rick Levin & Associates, Inc. and Rick Levin
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606-3094
Telephone: (312) 443-3212
Facsimile:  (312) 630-8512
rmm@willmont.com

## CERTIFICATE OF SERVICE

I, R. Michael McCann, hereby certify that on August 29, 2008, I electronically filed the **Motion to Dismiss** with the Clerk of the Court using the CM/ECF system which served all parties who are currently on the Court's Electronic Mail Notice List, by operation of the Court's Electronic Filing System.

/s/   R. Michael McCann