**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NOMANBHOY FAMILY LIMITED PARTNERSHIP,** | ) ) ) | |
| **Plaintiff,** | ) ) | **NO:  08 C 3787** |
| **v.** | ) ) ) | |
| **McDONALD'S CORPORATION; McDONALD'S USA, LLC; RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

MOTION TO DEPOSIT FUNDS INTO COURT
PURSUANT TO FRCP 67

Pursuant to Rule 67 of the Federal Rules of Civil Procedure, Defendants, Rick Levin & Associates, Inc. and Rick Levin (together, "**RLA**") respectfully move this Court for an order authorizing the deposit into the Registry of the Court the amount of Two Hundred Ten Thousand Dollars and no/100 ($210,000.00), which represents money transferred by Plaintiff Nomanbhoy Family Limited Partnership to Rick Levin & Associates Inc. on June 19, 2008 in relation to the negotiation for purchase of certain real properties which is the subject of the dispute set forth in the Complaint and other pleadings in this matter.

WHEREFORE, RLA respectfully asks this Court to enter the draft Order attached hereto.

Respectfully submitted,
WILLIAMS MONTGOMERY & JOHN LTD.

By:    _/s/R. Michael McCann_____
          R. MICHAEL McCANN

Thomas F. Falkenberg
Michael R. McCann
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Certain Defendants
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NOMANBHOY FAMILY LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | NO:  08 C 3787 |
| | ) | |
| v. | ) | |
| | ) | |
| McDONALD'S CORPORATION; McDONALD'S USA, LLC; RICK LEVIN & ASSOCIATES, INC., and RICK LEVIN, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

This matter coming to be heard on Defendants Levin and Rick Levin & Associates Inc.'s Motion To Deposit Funds Into Court Pursuant To FRCP 67 in the amount of Two Hundred Ten Thousand Dollars and No/100 ($210,000.00), IT IS HEREBY ORDERED:

The Motion is GRANTED.

The Clerk is hereby Ordered to deposit and withdraw the funds in accordance with FRCP 67(b).

Dated this _____ day of _____, 2008

_____

BY THE COURT: